**Opinion filed June 30, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00225-CR

_____

## ALYSSA GAYLE LITWIN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 266th District Court**
**Erath County, Texas**
**Trial Court Cause No. CR15315**

## M E M O R A N D U M   O P I N I O N

This appeal was previously abated so that the trial court could conduct a hearing to determine, in part, whether Appellant, Alyssa Gayle Litwin, desired to pursue this appeal. At that hearing, Appellant indicated that she did not wish to pursue this appeal, and she has now filed in this court a motion to dismiss her appeal. Appellant asks in her motion that we withdraw her notice of appeal and dismiss this appeal. The motion is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

The motion is granted, and the appeal is dismissed.

PER CURIAM

June 30, 2022

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.